■ JANET HOWARD, Respondent, v. JOHN C. HOWARD, Appellant.— In an action for divorce, defendant appeals from so much of an order of the Supreme Court, Westchester County, entered February 19, 1960, as directs him to pay

temporary alimony and a counsel fee. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.